# EXHIBIT A

# Civil Court of the City of New York
## County of Bronx

Index Number: CV-002219-19/BX

Papa Sidy Mboup
          Plaintiff(s)
-against-
Royal Air Maroc
          Defendant(s)



**SUMMONS WITH ENDORSED COMPLAINT**

BASIS OF VENUE:
Where Cause of Action Arose

Plaintiff's Address (s):
Papa Sidy Mboup
613 E 140th St
Bronx, NY 10454-2308

To the named defendant (s)
Royal Air Maroc (Deft), at 1 Rockerfeller Plaza, Floor 16 Rm 1630, New York, NY 10020

YOU ARE HEREBY SUMMONED to appear in the Civil Court of the City of New York, County of Bronx at the office of the Clerk of the said Court at 851 Grand Concourse, in the County of Bronx, City and State of New York, within the time provided by law as noted below and to file your answer to the (endorsed summons) (annexed complaint) * with the Clerk; upon your failure to answer, judgment will be taken against you for the total sum of $12,667.36 and interest as detailed below.
Plaintiff's work sheet may be attached for additional information if deemed necessary by the clerk.

Date: February 5, 2019

Alia Razzaq *Alia Razzaq*
**CHIEF CLERK**

## ENDORSED COMPLAINT

The nature and the substance of the plaintiff's cause of action is as follows: Breach of Contract or Warranty for $12,667.36 with interest from 07/17/2018. Royal Air Maroc canceled our returning ticket after we missed our connecting flight. They changed the boarding gate without informing us. We had to spend over $8,500.00 to return home, plus hotel, taxi and food.

**\*NOTE TO THE DEFENDANT**

A) If the summons is served by its delivery to you personally within the City of New York, you must appear and answer within TWENTY days after such service; or

B) If the summons is served by delivery to any person other than you personally, or is served outside the City of New York, or by publication, or by any means other than personal delivery to you within the City of New York, you are allowed THIRTY days after the proof of service thereof is filed with the Clerk of this Court within which to appear and answer.

C) Following CPLR 321(a) corporations must be represented by an attorney.

**\* NOTE TO THE SERVER OF THE SUMMONS**

The person who serves the summons should complete the Affidavit of Service and shall file it in the Clerk's Office in the county where the action is brought.

**PLAINTIFF'S CERTIFICATION**
(See 22NYCRR Section 130-1.1a)

SIGN NAME: _____
PRINT NAME: Papa Sidy Mboup

**FEE PAID**

FEB 05 2019
CIVIL COURT
BRONX COUNTY